IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| APPLES' WAY, LLC, a Nebraska limited liability company;<br><br>       Plaintiff,<br><br>       vs.<br><br>TEXAS ROADHOUSE HOLDINGS, LLC, a Kentucky limited liability company; TWIN CITY FIRE INSURANCE COMPANY,  NATIONAL UNION FIRE INSURANCE COMPANY,<br><br>       Defendants. | **8:14CV90**<br><br>**ORDER** |

IT IS ORDERED:

1)     Defendant's motion, (Filing No. 24), is granted.

2)     On or before June 27, 2014, the parties shall either file their jointly prepared Rule 26(f) Report, or they shall contact my chambers to set a scheduling conference for setting case progression deadlines.

June 16, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge