IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| APPLES' WAY, LLC, a Nebraska limited liability company;<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>TEXAS ROADHOUSE HOLDINGS, LLC, a Kentucky limited liability company; TWIN CITY FIRE INSURANCE COMPANY,  NATIONAL UNION FIRE INSURANCE COMPANY,<br><br>　　　　　　Defendants. | **8:14CV90**<br><br>**ORDER** |

IT IS ORDERED:

The motion to permit James Morrow and Julie Jorgensen to withdraw as counsel on behalf of Texas Roadhouse, (filing no. 28), is granted.

June 23, 2014.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　United States Magistrate Judge