IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| APPLES' WAY, LLC, a Nebraska limited liability company;<br><br>     Plaintiff,<br><br>  vs.<br><br>TEXAS ROADHOUSE HOLDINGS, LLC, a Kentucky limited liability company; TWIN CITY FIRE INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY,<br><br>     Defendants. | **8:14CV90**<br><br>**ORDER** |

   IT IS ORDERED that the plaintiff's unopposed motion to continue, (Filing No. 35), is granted as follows:

1) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is December 1, 2014. Motions to compel Rule 33 through 36 discovery must be filed by December 15, 2014.

2) The deadline for identifying expert witnesses expected to testify at the trial and the deadline for complete expert disclosures, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is November 3, 2014.

3) All other deadlines in the court's progression order, (Filing No. 30), remain in effect.

September 3, 2014.

                   BY THE COURT:

                   *s/ Cheryl R. Zwart*
                   United States Magistrate Judge